**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Hermorene W. Johnson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–6436** <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |

United States Bankruptcy Court   **District of New Jersey**

Case number:  **16–30231–ABA**

## Order of Discharge      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Hermorene W. Johnson

1/27/17

**By the court:**  <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-30231-ABA
Hermorene W. Johnson                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jan 30, 2017
                              Form ID: 318             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db          +Hermorene W. Johnson,    333 9th Avenue,    Lindenwold, NJ 08021-3784
516497734   +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
516459354   +Borough of Lindenwold,    15 N. White Horse Pike,    Clementon, NJ 08021-7564
516459359    Regional Sewer Service,    PO BOX 1105,    Bellmawr, NJ 08099-5105
516459360   +Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Prkway, Ste. 302,    Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QBTHOMAS.COM Jan 31 2017 01:23:00      Brian Thomas,    Brian Thomas, Esq,
              327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 01:43:15      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 01:43:10      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516459353   +EDI: PHINAMERI.COM Jan 31 2017 01:23:00      AmeriCredit/GM Financial,    Po Box 183853,
              Arlington, TX 76096-3853
516459355   +EDI: TDBANKNORTH.COM Jan 31 2017 01:23:00      Commerce Bank Na,    Td Bank/Attn:Bankruptcy,
              Po Box 9547,   Portland, ME 04112-9547
516459356    EDI: CRFRSTNA.COM Jan 31 2017 01:23:00      Credit First N.A.,    PO BOX 81344,
              Cleveland, OH 44188-0344
516459357   +E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2017 01:42:55      Ditech,    Attn: Bankruptcy,
              Po Box 6172,   Rapid City, SD 57709-6172
516459358    EDI: PRA.COM Jan 31 2017 01:23:00      Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Georgette   Miller    on behalf of Debtor Hermorene W. Johnson info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com
                                                                                             TOTAL: 3